# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVID LEE PENDER, II | § | Case No. 14-28681 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                Assets Exempt: 1,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  6,568.69           Claims Discharged
                                                      Without Payment:  66,320.00

Total Expenses of Administration:  7,300.25

---

3) Total gross receipts of $ 37,684.85  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 23,815.91  (see **Exhibit 2**), yielded net receipts of $ 13,868.94  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,300.25 | 7,300.25 | 7,300.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 29,863.25 | 16,508.75 | 2,645.50 | 2,645.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 50,320.00 | 3,899.47 | 3,899.47 | 3,923.19 |
| **TOTAL DISBURSEMENTS** | $ 80,183.25 | $ 27,708.47 | $ 13,845.22 | $ 13,868.94 |

4)  This case was originally filed under chapter 7 on  08/05/2014 .  The case was pending for 41 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/14/2017              By:/s/RONALD R. PETERSON
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Law Suit against Comcast | 1229-000 | 37,684.85 |
| **TOTAL GROSS RECEIPTS** | | **$ 37,684.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DAVID LEE PENDER, II | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 23,815.91 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 23,815.91** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 1,988.04 | 1,988.04 | 1,988.04 |
| Associated Bank | 2600-000 | NA | 300.51 | 300.51 | 300.51 |
| United States Tresury | 2810-000 | NA | 2,480.00 | 2,480.00 | 2,480.00 |
| Illinois Department of Revenue | 2820-000 | NA | 1,043.00 | 1,043.00 | 1,043.00 |
| Alan D. Lasko | 3410-000 | NA | 1,468.50 | 1,468.50 | 1,468.50 |
| Alan Lasko | 3420-000 | NA | 20.20 | 20.20 | 20.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,300.25 | $ 7,300.25 | $ 7,300.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service 230 S. Dearborn Street Chicago, IL 60604 | | 16,000.00 | NA | NA | 0.00 |
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 2,645.50 | 2,645.50 | 2,645.50 |
| 2-1 | INTERNAL REVENUE SERVICE | 5800-000 | 13,863.25 | 13,863.25 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 29,863.25 | $ 16,508.75 | $ 2,645.50 | $ 2,645.50 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americash Loans 212 S Clark St Chicago, IL 60620 | | 2,500.00 | NA | NA | 0.00 |
| | Comcast 688 N Industrial Drive Elmhurst, IL 60126 | | 1,800.00 | NA | NA | 0.00 |
| | Contract Caller Inc 501 Greene St 3rd Fl Ste302 Augusta, GA 30901 | | 400.00 | NA | NA | 0.00 |
| | Cook Recorder of Deeds 118 N Clark Rm 230 Chicago, IL 60620 | | 16,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook Recorder of Deeds 118 N Clark Rm 230 Chicago, IL 60620 | | 2,520.00 | NA | NA | 0.00 |
| | Credit Management 501 Greene St 3rd Fl Ste302 Augusta, GA 30901 | | 3,000.00 | NA | NA | 0.00 |
| | Foreit Properties LLC 5942 S King Dr Chicago, IL 60637 | | 2,500.00 | NA | NA | 0.00 |
| | MCSI 7330 W College Dr Palos Heights, IL 60463 | | 100.00 | NA | NA | 0.00 |
| | MCSI 7330 W College Dr Palos Heights, IL 60463 | | 200.00 | NA | NA | 0.00 |
| | Nicor Gas PO Box 190 Aurura, IL 60507 | | 1,200.00 | NA | NA | 0.00 |
| | Payday Loan Store 801 N Pulaski Rd Chicago, IL 60651 | | 1,300.00 | NA | NA | 0.00 |
| | Sallie Mae PO Box 9655 Wilkes Barre, PA 18773 | | 13,500.00 | NA | NA | 0.00 |
| | SYNCB/CARE Credit PO Box 965036 Orlando, FL 32896 | | 2,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Student Aid Funds PO Box 9460 MC E2142 Wilkes-Barre, PA 18773 | | 1,200.00 | NA | NA | 0.00 |
| | United Student Aid Funds PO Box 9460 MC E2142 Wilkes-Barre, PA 18773 | | 2,100.00 | NA | NA | 0.00 |
| 1 | Calvary SPV II, LLC, as assignee of GE Money Bank/Care Credi | 7100-000 | NA | 2,482.77 | 2,482.77 | 2,482.77 |
| 2 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 59.20 | 59.20 | 59.20 |
| 3 | Navient Solutions, Inc. on behalf of USA Funds | 7100-000 | NA | 1,357.50 | 1,357.50 | 1,357.50 |
| | Calvary SPV II, LLC, as assignee of GE Money Bank/Care Credi | 7990-000 | NA | NA | NA | 9.00 |
| | INTERNAL REVENUE SERVICE | 7990-000 | NA | NA | NA | 9.80 |
| | Navient Solutions, Inc. on behalf of USA Funds | 7990-000 | NA | NA | NA | 4.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 50,320.00 | $ 3,899.47 | $ 3,899.47 | $ 3,923.19 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-28681 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|---|
| Case Name: | DAVID LEE PENDER, II | | | | | Date Filed (f) or Converted (c): | 08/05/2014 (f) |
| | | | | | | 341(a) Meeting Date: | 09/17/2014 |
| For Period Ending: | 12/14/2017 | | | | | Claims Bar Date: | 03/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Furniture Set | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. Used clothing | 500.00 | 0.00 | | 0.00 | FA |
| 3. Law Suit against Comcast    (u) | 0.00 | 25,000.00 | | 37,684.85 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $1,500.00        $25,000.00        $37,684.85        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017: The estate recovered more than $37,000 in litigation.  I retained Alan Lasko's accounting firm to file a tax return. I objected to the IRS's claim.

April 25, 2016.  Litigation worth approximately $25M to $50M still pending.

April 24, 2015, 01:42 pm:  Employment litigation case pending against Comcast.  At least two years away from resolution.

Initial Projected Date of Final Report (TFR): 12/31/2016        Current Projected Date of Final Report (TFR): 12/30/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-28681 | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DAVID LEE PENDER, II | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8885 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8607 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 12/14/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/17 | 3 | Comcast | Settlement of Law Suit<br>This was a class action settlement | 1229-000 | $37,684.85 | | $37,684.85 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.10 | $37,657.75 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.98 | $37,601.77 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.10 | $37,547.67 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.82 | $37,491.85 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.94 | $37,437.91 |
| 07/13/17 | 1001 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chcago, Il 60664-0338 | State Income Taxes | 2820-000 | | $1,043.00 | $36,394.91 |
| 07/13/17 | 1002 | United States Tresury | Federal 1041 Taxes | 2810-000 | | $2,480.00 | $33,914.91 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.57 | $33,861.34 |
| 10/25/17 | 1003 | Jenner & Block<br>353 North Clark Street<br>Chicago, Illinois 60654-3456 | Professional Fees | 2100-000 | | $1,988.04 | $31,873.30 |
| 10/25/17 | 1004 | Alan D. Lasko | Professional Fees<br>Judge told me to bring a formal application. Only if the Judge approves the application will I print the check. If she does not approve the application, I shall stop payment on the check. | 3410-000 | | $1,468.50 | $30,404.80 |
| | | | Page Subtotals: | | $37,684.85 | $7,280.05 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-28681 | Trustee Name: RONALD R. PETERSON |
| Case Name: DAVID LEE PENDER, II | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8885 |
| | Checking |
| Taxpayer ID No: XX-XXX8607 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 12/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/17 | 1005 | Alan Lasko | Professional Expenses Judge told me to bring a formal application. Only if the Judge approves the application will I print the check. If she does not approve the application, I shall stop payment on the check. | 3420-000 | | $20.20 | $30,384.60 |
| 10/25/17 | 1006 | INTERNAL REVENUE SERVICE 230 South Dearborn Street Chicago, IL 60604 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $2,655.09 | $27,729.51 |
| | | | ($9.59) | 7990-000 | | | |
| | | INTERNAL REVENUE SERVICE | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($2,645.50) | 5800-000 | | | |
| 10/25/17 | 1007 | Calvary SPV II, LLC, as assignee of GE Money Bank/Care Credi 500 Summit Lake Drive Suite 400 Valhalla, NY 10595 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $2,491.77 | $25,237.74 |
| | | | ($9.00) | 7990-000 | | | |
| | | Calvary SPV II, LLC, as assignee of GE Money Bank/Care Credi | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,482.77) | 7100-000 | | | |
| 10/25/17 | 1008 | INTERNAL REVENUE SERVICE 230 South Dearborn Street Chicago, IL 60604 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $59.41 | $25,178.33 |
| | | | ($0.21) | 7990-000 | | | |
| | | INTERNAL REVENUE SERVICE | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($59.20) | 7100-000 | | | |
| 10/25/17 | 1009 | Navient Solutions, Inc. on behalf of USA Funds Attn: Bankruptcy Litigation Unit E3149 PO Box 9430 Wilkes Barre, PA 18773-9430 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $1,362.42 | $23,815.91 |

Page Subtotals: $0.00 $6,588.89

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-28681
Case Name: DAVID LEE PENDER, II
Taxpayer ID No: XX-XXX8607
For Period Ending: 12/14/2017

Trustee Name: RONALD R. PETERSON
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8885
Checking
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($4.92) | 7990-000 | | | |
| | | Navient Solutions, Inc. on behalf of USA Funds | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($1,357.50) | 7100-000 | | | |
| 10/25/17 | 1010 | DAVID LEE PENDER, II<br>844 E 193 ST<br>GLENWOOD, IL  60425 | Distribution of surplus funds to debtor. | 8200-002 | | $23,815.91 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $37,684.85 | $37,684.85 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $37,684.85 | $37,684.85 |
| Less: Payments to Debtors | $0.00 | $23,815.91 |
| Net | $37,684.85 | $13,868.94 |

Page Subtotals: $0.00 $23,815.91

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8885 - Checking | $37,684.85 | $13,868.94 | $0.00 |
|  | $37,684.85 | $13,868.94 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $37,684.85 |
| Total Gross Receipts: | $37,684.85 |

Page Subtotals: $0.00 $0.00